UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:09-CR-73 RM |
| ) | |
| MARGARET J. SPARKMAN (02) ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 3, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 30], ACCEPTS defendant Margaret Sparkman's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:   September 22, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court